IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHELLE VANDEGRIFT | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-2999 |
| CITY OF PHILADELPHIA | : | |

## ORDER

**AND NOW**, this 11th day of January 2017, upon consideration of Defendant's Amended Motion for Summary Judgment (ECF Doc. No. 31), Plaintiff's Response (ECF Doc. No. 36), Defendant's Reply (ECF Doc. No. 43), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 31) is **DENIED** as there are genuine issues of material fact requiring our jury's evaluating witness credibility.

KEARNEY, J.