**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELE VANDEGRIFT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-2999** |
| | : | |
| **CITY OF PHILADELPHIA** | : | |

**ORDER**

   **AND NOW**, this 21st day of February 2017, it having been reported the above captioned matter is settled, it is **ORDERED:**

   1.      This action is **DISMISSED** under agreement of counsel and Local Rule of Civil Procedure 41.1(b)[1]; and,

   2.      The Clerk of Court shall mark this matter **CLOSED.**

_____
                     **KEARNEY, J.**

_____

[1] Local Rule 41.1(b) provides:

   [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).